In re Estate of William G. Cowan, deceased. Appeal of D. Wheeler.

Argued Nov. 9, 1897. Appeal, No. 188, Oct. T., 1897, by D. Wheeler, from decree of O. C. Allegheny Co., Dec. T., 1896, No. 15, sustaining exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, MCCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

*Levi Bird Duff*, with him *L. B. D. Reese*, for appellant.

*William H. McClung*, with him *John S. Robb, J. W. Kinnear*
and *George L. McCleary*, for appellee.

OPINION BY MR. JUSTICE DEAN, January 3, 1898 :

Every question of merit raised by this appeal has been passed
on in Du Bois's Appeal from the same decree, in which opinion
has been handed down this day, ante, p. 329.   The finding of
fact by the auditing judge was sustained in that case.   This
disposes of appellant's complaint that he should have been al-
lowed for the price of the lumber delivered after August 24,
1895.

The decree is affirmed and the appeal is dismissed at costs of
appellant.